John O. Chase, by his Guardian ad Litem, Edwin W. Montgomery, Appellant, v. Lehigh Valley Railroad Company, Respondent.— Order affirmed, with costs. All concurred.

Kate Ryan, Plaintiff, and Ellen Hunt and Another, Respondents, v. Edward E. Dean, Defendant, and Roscoe Wilcox and Another, Appellants.—Judgment and order affirmed, with costs. All concurred.

Louis H. Wallace, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant. —Judgment and order affirmed, with costs. All concurred.

Arthur B. Cowles, Respondent, v. George W. Browne and Another, Appellants.—Judgment affirmed, with costs. All concurred, except Adams, P. J., not voting.

In the Matter of the Probate of the Will of Jennie M. P. Hewes, Deceased.—Decree of Surrogate's Court affirmed, with costs against the appellants personally. All concurred.

Charles J. Cummings, Respondent, v. Stephen N. Naramore and John F. Dwyer, Appellants.—Judgment affirmed, with costs. All concurred.

Maurice A. Graves v. William D. Rockwell, Impleaded, etc.—Ordered, that the motion to dismiss the appeal be granted, with costs,